IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00186-MR-WCM

| | |
|---|---|
| KATHLEEN D. RODBERG, Administrator of the ESTATE OF DOROTHY LOU THOMAS, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| SSC WAYNESVILLE OPERATING COMPANY LLC d/b/a HAYWOOD NURSING AND REHABILITATION CENTER, SAVASENIORCARE ADMINISTRATIVE AND CONSULTING,LLC d/b/a HAYWOOD NURSING AND REHABILITATION CENTER; and SSC SPECIAL HOLDINGS LLC, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the parties' Consent Motion for Leave to Conduct Arbitration Related Discovery and Stay of Motion to Compel Arbitration and Stay of Merits Based Discovery [Doc. 13].

The Defendants SSC Waynesville Operating Company LLC and SavaSeniorCare Administrative and Consulting, LLC filed a Motion to Compel Arbitration and Stay Proceedings [Doc. 8] on August 10, 2021. The Plaintiff intends to object to the Defendants' arbitration motion and previously

sought an extension of time to respond to the Defendants' Motion, which was allowed. [See Doc. 10; Text-Only Order entered Aug. 24, 2021].

The Plaintiff's counsel questions the validity of a signature on the arbitration agreement and has requested arbitration-related discovery and depositions. The Defendants have consented to the Plaintiff's request. By the present motion, the parties jointly request that merits-based discovery be stayed and that the parties be allowed to conduct arbitration-related discovery.

For the reasons stated in the parties' motion, and for good cause shown, the Court will grant the parties' motion.

**IT IS, THEREFORE, ORDERED** that:

(1) The parties' Consent Motion [Doc. 13] is **GRANTED**, and the parties shall have until **January 5, 2022** to conduct arbitration-related discovery;

(2) The Defendants' Motion to Compel [Doc. 8] is **HELD IN ABEYANCE** pending the parties' completion of arbitration-related discovery;

(3) The Plaintiff shall have until **January 19, 2022** to respond to the Defendants' Motion to Compel Arbitration; and

(4) Any merits-based discovery is **STAYED** pending resolution of the Defendants' Motion to Compel.

**IT IS SO ORDERED.**

Signed: September 21, 2021

Martin Reidinger
Chief United States District Judge