IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL CASE NO. 1:21-cv-00186-MR-WCM

| | |
|---|---|
| KATHLEEN D. RODBERG, )<br>Administrator of the ESTATE OF )<br>DOROTHY LOU THOMAS, )<br>  )<br>      Plaintiff, )<br>  )<br>SSC WAYNESVILLE OPERATING )<br>COMPANY LLC d/b/a HAYWOOD )<br>NURSING AND REHABILITATION )<br>CENTER, SAVASENIORCARE )<br>ADMINISTRATIVE AND )<br>CONSULTING, LLC d/b/a )<br>HAYWOOD NURSING AND )<br>REHABILITATION CENTER; and )<br>SSC SPECIAL HOLDINGS LLC, )<br>  )<br>      Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion to Compel Arbitration and Stay Proceedings [Doc. 8].

The parties have agreed to refer this case to arbitration as contemplated under the terms of the Dispute Resolution Program entered into by the parties. [Doc. 8-1]. Additionally, the parties report that in accord with the terms of their arbitration agreement they have retained Jackie Clare to serve as their pre- arbitration mediator.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion [Doc. 8] is **GRANTED**, and this case is hereby referred to arbitration. This matter is hereby **STAYED** pending the outcome of the arbitration proceedings.

**IT IS FURTHER ORDERED** that the parties shall submit a status report every 90 days advising the Court of the status of the parties' arbitration until such time as the arbitration is completed.

**IT IS SO ORDERED**.

Signed: February 9, 2022

Martin Reidinger
Chief United States District Judge