# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00186-MR-WCM

| | |
|---|---|
| **KATHLEEN D. RODBERG, as** ) <br> **Administrator of the Estate of** ) <br> **Dorothy Lou Thomas,** ) <br> ) <br>         **Plaintiff,** ) <br> ) <br>   vs. ) <br> ) <br> **SSC WAYNESVILLE OPERATING** ) <br> **COMPANY, et al.,** ) <br> ) <br>         **Defendants.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On February 9, 2022, the Court entered an Order referring this matter to arbitration and staying the proceedings. [Doc. 15]. The parties were directed to file status reports with the Court every 90 days until such time as the arbitration was completed. [Id.]. The parties' last status report was due on May 14, 2023; however, no status report was filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that, within seven (7) days of the entry of this Order, the parties shall file a report with the Court advising of the status of this case. The parties shall continue to file such

reports every 90 days thereafter until such time as the arbitration is completed.

**IT IS SO ORDERED**.

Signed: May 24, 2023

Martin Reidinger
Chief United States District Judge